UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERTO CRUZ,

                Plaintiff,

against

ARTISAN FOOD VALLEY LLC, GUISEPPE
GENEROSO a/k/a JOE GENEROSO, FRANCO
GENEROSO, CONCETTA M. GENEROSO
and DANNY "DOE" Last Name Being Fictious
and Unknown,
                Defendants.
-------------------------------------------------------------X

Case No.: 13-Civ-5631

**VOLUNTARY DISMISSAL WITH PREJUDICE**

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y
★ OCT 27 2014 ★
BROOKLYN OFFICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice and without costs to either party.

The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.

Dated: New York, NY
       September____, 2014

POLIZZOTTO & POLIZZOTTO, LLC

By: _____
Miguel A. Torellas, Esq.
6911 18th Avenue
Brooklyn, NY 11204
*Attorney for Defendants*

SO ORDERED THIS 24 DAY
OF _October_, 2014
s/l Leo Glasser

Dated: New York, NY
       September/OCT 1, 2014

LAW OFFICES OF WILLIAM CAFARO

By: _____
William Cafaro, Esq.
Amit Kumar, Esq.
108 West 39th Street, Suite 602
New York, New York 10018
(212) 969-3000
*Attorneys for Plaintiff*

12